**LITTLE REID & KARZAI, LLP**
Eric R. Little, Bar No. 169021
Email: erl@lrkllp.com
M. Catherine Reid, Bar No. 156358
Email: mcr@lrkllp.com
3333 Michelson Dr., Ste. 310
Irvine, CA 92612
Telephone: (949) 333-1699
Facsimile: (949) 333-1697

**Attorneys for:** Plaintiff
Hudson Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

HUDSON INSURANCE COMPANY, a Delaware Corporation,

Plaintiff,

vs.

COLONY INSURANCE COMPANY, a Virginia Corporation,

Defendant.

Case No.:EDCV 07-01497-SGL (OPx)

Hon. Stephen G. Larson

**HUDSON INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

DATE: June 23, 2008
TIME: 10:00 a.m.
COURTROOM: One

**[Concurrently filed and served with Hudson's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Jackie Hahn and Najwa Tarzi Karzai; Appendix of Exhibits and Proposed Order]**

TO ALL PARTIES AND OT THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on Monday, June 23, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard in Courtroom One of the above-entitled Court, Plaintiff HUDSON INSURANCE COMPANY ("Hudson") will request that this Court grant Partial Summary Judgment in favor of Plaintiff establishing:

1. There is no genuine issue as to any material fact and that Hudson is entitled to Partial Summary Judgment as a matter of law, that Defendant, COLONY INSURANCE COMPANY ("Colony") breached its duty to defend All Authentic in the now concluded underlying lawsuit titled, *NFL Properties LLC v. All Authentic Corporation*, United States District Court for the Southern District Court of New York, Case No. 05 CV 8967 (the "*NFL* Action");
2. Colony as a co-insurer was obligated to pay half of All Authentic's defense expenses;
3. Pursuant to the doctrine of equitable contribution, Colony owes Hudson $477,149.80, which is half of All Authentic's defense fees in the *NFL* Action, paid by Hudson;
4. Hudson is entitled to prejudgment interest on the $477,149.80 at a rate of 10% totaling $87,225.75 through June 23, 2008, and accruing at a rate of $261.45 per day thereafter.

This Motion will be made upon the grounds that there is no genuine issue of material fact and that as a matter of law, Hudson is entitled to judgment, based on this Notice, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Jackie Hahn and Najwa Tarzi Karzai, the Appendix of Exhibits, and the complete files and records generated in this lawsuit.

DATED: May 20, 2009

Eric R. Little, Esq.
M. Catherine Reid, Esq.
LITTLE REID & KARZAI LLP
Attorneys for Plaintiff Hudson Insurance Company