**LITTLE REID & KARZAI LLP**
Eric R. Little, Bar No. 169021
Email: erl@lrkllp.com
M. Catherine Reid, Bar No. 156358
Email: mcr@lrkllp.com
3333 Michelson Drive, Suite 310
Irvine, CA 92612
Telephone: (949) 333-1699
Facsimile: (949) 333-1697

**Attorneys for:** Plaintiff
Hudson Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COLONY INSURANCE COMPANY, a Virginia Corporation,<br><br>Defendant. | Case No.:EDCV 07-01497-SGL (OPx)<br><br>Hon. Stephen G. Larson<br><br>**HUDSON INSURANCE COMPANY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: June 23, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: One<br><br>**[Concurrently filed and served with Hudson's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities; Declaration of Jackie Hahn; Declaration of Najwa Tarzi Karzai; Appendix of Exhibits and Proposed Order]** |

Pursuant to Local Rule 56-1, Plaintiff Hudson Insurance Company ("Hudson") submits its Separate Statement of Uncontroverted Facts and Conclusions of Law, together with references to the undisputed supporting evidence for each of those facts, in support of Hudson's Motion for Partial Summary Judgment.

| | **UNCONTROVERTED FACTS** | | **SUPPORTING EVIDENCE** |
|---|---|---|---|
| 1. | Hudson is a Delaware corporation with its principal place of business in New York, New York. | 1. | Plaintiff's Complaint, ¶1. |
| 2. | Colony is a Virginia corporation with its principal place of business in Richmond, VA 23235. | 2. | Plaintiff's Complaint, ¶2; admitted in Defendant's Answer ¶2 |
| 3. | On or about October 21, 2005, NFL Properties LLC ("NFL") filed a lawsuit styled *NFL Properties LLC v. All Authentic Corporation*, United States District Court for the Southern District Court of New York, Case No. 05 CV 8967 (the "*NFL* Action"). | 3. | Declaration of Jackie Hahn ("Hahn Decl."), ¶ 3, Exhibit "2" to Hudson's Complaint |
| 4. | The complaint in the *NFL* Action alleged causes of action for federal and state counts including trademark infringement, trademark counterfeiting, trademark dilution, | 4. | Hahn Decl. ¶4, Exhibit "2" to Hudson's Complaint |

| | | | |
|---|---|---|---|
| | unfair competition and deceptive acts and practices. | | |
| 5. | Included within the causes of action were fact allegations that exposed All Authentic to potential liability for trade dress and slogan infringement:<br><br>18. . . . the Counterfeit Jersey reads "Steel Curtain"<br><br>20. The front of the Counterfeit Jersey bears the number "90" using the same style of numbering as appears on the authentic Patriots NFL Uniform Design Jerseys . . . The Counterfeit Jersey features the same green and white color combination as the official New York Jets NFL Uniform Jerseys . . . | 5. | Hahn Decl. ¶5, Exhibit "2" to Hudson's Complaint |
| 6. | NFL Properties alleged that All Authentic committed these wrongful acts in various ways, including in the course of | 6. | Hahn Decl. ¶6, Exhibit "2" to Hudson's Complaint |

| | | | |
|---|---|---|---|
| | advertising and in advertisements: 18. Exhibit B displays an image of a Counterfeit Jersey offered for sale on www.allauthentic.com. . . 19. Exhibit C displays an image of Counterfeit Jersey offered for sale on www.allauthentic.com . . . 20. Exhibit D displays an image of a counterfeit Jersey offered for sale on www.allauthentic.com. . . | | |
| 7. | The Complaint included these pertinent allegations: 18. Exhibit B **displays an image of a Counterfeit Jersey offered for sale on www.allauthentic.com** as a "Steel Curtain Custom Limited Edition Steelers Jersey" on the left, next to the authentic NFL Uniform Design Jersey on the right. The **Counterfeit Jersey reads "Steel Curtain"** across the back and bears the numbers of four Pittsburgh Steelers | 7. | Hahn Decl. ¶s 3-6, Exhibit "2" to Hudson's Complaint |

| | | | |
|---|---|---|---|
| | players using the same style of numbering and lettering as appears on the authentic Pittsburgh Steelers' NFL Uniform Design Jersey. The Steelers have a strong common law rights in the mark "Steel Curtain" and own a state registration for the mark "Steel Curtain . . . Pittsburgh Steelers." The **Counterfeit Jersey features the same black and gold color combination and striping** as the official Pittsburgh Steelers' NFL Uniform Design Jerseys.<br><br>19. Exhibit C **displays an image of Counterfeit Jersey offered for sale on www.allauthentic.com** as "Joe Montana Signed Throwback 49ers Jersey" . . . The Counterfeit Jersey reads "Montana" across the back and bears the number "16" using the **same style of numbering and** | | |

| | | | |
|---|---|---|---|
| | **lettering as appears on the authentic San Francisco 49ers NFL Uniform Design Jerseys.** The Counterfeit Jersey features the same red and white color combination and striping as the official San Francisco 49ers NFL Uniform Design Jerseys.<br><br>20. Exhibit D displays **an image of a Counterfeit Jersey offered for sale on www.allauthentic.com** as a "Joe Klecko Throwback Tribute Jets & Patriots Style Combo Jersey" . . . The front of the Counterfeit Jersey bears the number "90" using the **same style of numbering as appears on the authentic Patriots NFL Uniform Design Jerseys.** The Counterfeit Jersey reads "Kleck" across the back and bears the number "73" using the same style of numbering and lettering as appears on the authentic New | | |

| | | | |
|---|---|---|---|
| | York Jets NFL Uniform Design Jerseys. The **Counterfeit Jersey features the same green and white color combination as the official New York Jets NFL Uniform Design Jerseys** on one side and the same blue and silver combination as the official New England Patriots NFL Uniform Design Jerseys on the other side. <br> . . . . <br> 25. . . . the Counterfeit Jerseys are so close as to be identical or substantially indistinguishable from officially licensed jerseys currently sold by NFL Properties licensees . . . <br><br> 26. Defendant has not been granted permission or authorization by NFL Properties, the NFL or its Member Clubs to use any NFL Marks in connection with jerseys. | | |

| | | | |
|---|---|---|---|
| 8. | The *NFL* Action resolved through Final Order and Consent Judgment. | 8. | Hahn Decl. ¶7, Exhibit "5" to Appendix of Exhibits |
| 9. | Colony issued to All Authentic a Commercial General Liability ("CGL") insurance policy effective May 14, 2005 to May 14, 2006, Policy No. GL 3005300 (the "Colony Policy"). | 9. | Hahn Decl. ¶5, Exhibit "1" to Hudson's Complaint, admitted in Defendant's Answer at ¶10 |
| 10. | The Colony Policy's limits are $1 million per occurrence and $2 million in the aggregate. | 10. | Hahn Decl. ¶5, Exhibit "1" to Hudson's Complaint, admitted in Defendant's Answer at ¶10 |
| 11. | The Colony Policy provides in part:<br><br>COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY<br><br>Insuring Agreement<br><br>We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the Insured against any "suit" seeking those damages . . .<br><br>This insurance applies to "personal | 11. | Hahn Decl. ¶5, Exhibit "1" to Hudson's Complaint, admitted in Defendant's Answer at ¶10 |

| | | | |
|---|---|---|---|
| | and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.<br><br>....<br><br>"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers. . . .<br><br>COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY<br><br>2. Exclusions<br><br>nfringement of Copyright, Patent, Trademark or Trade Secret<br><br>"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.<br><br>However, this exclusion does not | | |

| | | | |
|---|---|---|---|
| | apply to infringement in your "advertisement", of copyright, trade dress or slogan.<br><br>....<br><br>SECTION V – DEFINITIONS<br><br>"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:<br><br>....<br><br>ie use of another's advertising idea in your "advertisement"; or<br><br>Infringing upon another's copyright, trade dress or slogan in your "advertisement." | | |
| 12. | All Authentic tendered its defense to both Colony and Hudson. | 12. | Joint Rule 26(f) Report of Early Meeting of Counsel, p.2 |
| 13. | By November 4, 2005 letter, Colony refused to defend or indemnify All Authentic claiming there was no coverage obligation. | 13. | Hahn Decl. ¶6, Exhibit "3" to Hudson's Complaint; Joint Rule 26(f) Report of Early Meeting of Counsel, p.2; Defendant's initial disclosures, p. 2; |

| | | | |
|---|---|---|---|
| | | | admitted in Defendant's Answer, ¶13. |
| 14. | By November 23, 2005 letter, Hudson agreed to defend All Authentic under a reservation of rights. | 14. | Hahn Decl. ¶7, Exhibit "4" to Hudson's Complaint; admitted in Defendant's Answer, ¶14. |
| 15. | Hudson paid All Authentic's defense expenses on March 6, 2006, July 12, 2006, October 12, 2006 and December 14, 2006, totaling $954,299.60. | 15. | Hahn Decl. ¶8-9, Exhibits "6-7" to the Appendix of Exhibits |
| 16. | At the time of the hearing of this motion, June 23, 2008, the amount of interest generated on the $954,299.60 will be $174,451.50, for a grand total of $1,128,751.10. | 16. | Declaration of Najwa Tarzi Karzai ("Karzai Decl.") ¶4, Exhibit "8" to Appendix of Exhibits |
| 17. | Half of the principal totals $477,149.80. | 17. | Karzai Decl. ¶4 |
| 18. | Half of the prejudgment interest totals $87,225.75. | 18. | Karzai Decl. ¶4 |
| 19. | Hudson will be owed $564,375.55, half of the principal plus prejudgment interest through June 23, 2008. | 19. | Karzai Decl. ¶4 |

| | | | |
|---|---|---|---|
| 20. | Prejudgment interest after June 23, 2008 accrues at the rate of $261.45 per day. | 20. | Karzai Decl. ¶5, Exhibit "8" to Appendix of Exhibits |

## CONCLUSIONS OF LAW

1. Colony had a duty to defend All Authentic in the *NFL* Action;
2. Colony breached its duty to defend by refusing to defend All Authentic in the *NFL* Action;
3. Colony as a co-insurer was obligated to pay half of All Authentic's defense expenses;
4. Pursuant to the doctrine of equitable contribution, Colony owes Hudson $477,149.80, which is half of All Authentic's defense fees in the *NFL* Action, paid by Hudson;
5. Hudson is entitled to prejudgment interest of 10% or $87,225.75 on the $477,149.80, through June 23, 2008, and interest will continue to accrue at a daily rate of $261.45.

DATED: May 20, 2009

Eric R. Little, Esq.
M. Catherine Reid, Esq.
LITTLE REID & KARZAI LLP
Attorneys for Plaintiff Hudson Insurance Company