**LITTLE REID & KARZAI, LLP**
Eric R. Little, Bar No. 169021
Email: erl@lrkllp.com
M. Catherine Reid, Bar No. 156358
Email: mcr@lrkllp.com
3333 Michelson Dr., Ste. 310
Irvine, CA 92612
Telephone: (949) 333-1699
Facsimile: (949) 333-1697

**Attorneys for:** Plaintiff
Hudson Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

HUDSON INSURANCE COMPANY, a Delaware Corporation,

Plaintiff,

vs.

COLONY INSURANCE COMPANY, a Virginia Corporation,

Defendant.

Case No.:EDCV 07-01497-SGL (OPx)

Hon. Stephen G. Larson

**DECLARATION OF JACKIE HAHN IN SUPPORT OF HUDSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

DATE: June 23, 2008
TIME: 10:00 a.m.
COURTROOM: One

**[Concurrently filed and served with Hudson's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Najwa Tarzi Karzai; Appendix of Exhibits and Proposed Order]**

I, JACKIE HAHN, declare:

1. As of the date of this motion, and at all relevant times referenced herein, I was employed by Hudson Insurance Group ("Hudson") as an Assistant Vice President and claims handler.

2. I have personal knowledge of the following facts, and I could, and would, competently testify thereto if called upon to do so.

3. As Hudson's Assistant Vice President and claims handler, I was responsible for handling All Authentic Corporation's ("All Authentic") claim in the action styled as: *NFL Properties LLC v. All Authentic Corporation*, United States District Court for the Southern District Court of New York, Case No. 05 CV 8967 (the "*NFL* Action"), filed on October 21, 2005. (Attached as **Exhibit "2"** to Hudson's Complaint in this Action is a true and correct copy of the Complaint in the *NFL* Action.)

4. The *NFL* Action resolved through Final Order and Consent Judgment. (Attached as **Exhibit "5"** to the Appendix of Exhibits is a true and correct copy of the Final Order and Consent Judgment in the *NFL* Action.)

5. Colony issued to All Authentic a Commercial General Liability ("CGL") insurance policy effective May 14, 2005 to May 14, 2006, Policy No. GL 3005300 (the "Colony Policy"). (Attached as **Exhibit "1"** to Hudson's Complaint in this Action is a true and correct copy of the Colony Policy.)

6. By November 4, 2005 letter, Colony refused to defend or indemnify All Authentic claiming there was no coverage obligation. (Attached as **Exhibit "3"** to Hudson's Complaint in this Action is a true and correct copy of Colony's November 4, 2005 letter.)

7. By November 23, 2005 letter, Hudson agreed to defend All Authentic under a reservation of rights. (Attached as **Exhibit "4"** to Hudson's Complaint in this Action is a true and correct copy of Hudson's November 23, 2005 letter.)

8. Hudson paid All Authentic's defense expenses totaling $954,299.60. (Attached as **Exhibit "6"** to the Appendix of Exhibits are true and correct copies of

All Authentic's defense counsel's invoices.)

9. Hudson paid All Authentic's defense expenses on March 6, 2006, July 12, 2006, October 12, 2006 and December 14, 2006, totaling $954,299.60. (Attached as **Exhibit "7"** to the Appendix of Exhibits are true and correct copies of Hudson's checks paying All Authentic's defense counsel's invoices, totaling $954,299.60.)

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 14 day of May, 2008, at New York, New York.

Jackie Hahn