O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 07-01497-SGL (OPx)                                      Date:  October 1, 2008

Title:    HUDSON INSURANCE COMPANY, a Delaware Corporation -v- COLONY INSURANCE COMPANY, a Virginia Corporation
==============================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

        Jim Holmes                                None Present
        Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                     None present

PROCEEDINGS:    ORDER CONTINUING HEARING ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT

     Due to congestion of the Court's calendar, the Court **CONTINUES** the hearing on the parties' cross motions for summary judgment from October 6, 2008, to December 1, 2008, at 10:00 a.m., in Courtroom One of the above-reference Court.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                             Initials of Deputy Clerk:    Jh
CIVIL -- GEN                                1