JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware Corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>COLONY INSURANCE COMPANY, a Virginia Corporation,<br><br>                Defendant. | Case No.:EDCV 07-01497-SGL (OPx)<br><br>Hon. Stephen G. Larson<br><br>**JUDGMENT** |

**[PROPOSED] JUDGMENT**

This matter having come before this Court upon motion by Plaintiff in the above captioned case, and after having considered the briefs filed and arguments made by counsel, IT IS HEREBY ORDERED:

That Plaintiff is entitled to equitable contribution from Defendant in the amount of $477,149.80; and it is further

ORDERED that Plaintiff is entitled to prejudgment interest in the amount of $87,225.75 (as of June 23, 2008) and $261.45 per day for each day thereafter until the earlier of when judgment is entered in this action or the equitable contribution is paid.

IT IS SO ORDERED.

Dated:  January 27, 2009

Honorable Stephen G. Larson
United States District Judge

Submitted by:

_____
Eric R. Little, Esq., SBN 169021
**LITTLE REID & KARZAI LLP**
3333 Michelson Drive, Ste. 310
Irvine, CA 92612
Ph:  (949) 333-1699
Fax: (949) 333-1997
Email:  erl@lrkllp.com

Attorneys for Plaintiff Hudson Insurance Company